IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CHARLES DENNIS, M.D.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 19-10034 |
| | : | |
| **DEBORAH HEART AND LUNG CENTER, et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 1st day of November, 2019, it is hereby **ORDERED** that the above-captioned matter shall be **STAYED** and placed in **SUSPENSE** pending the resolution of <u>Charles Dennis v. Deobrah Heart and Lung Center</u>, Docket No. BUR-C-47-18 (<u>filed</u> May 17, 2018). <u>See</u> <u>Akishev v. Kapustin</u>, 23 F. Supp. 3d 440, 445 (D.N.J. 2014); <u>see also In re Fine Paper Antitrust Litig.</u>, 685 F.2d 810, 817 (3d Cir. 1982) (holding "matters of docket control and conduct of discovery are committed to the sound discretion of the district court").

Defendant's Motion to Dismiss (Doc. No. 11) is **DENIED** without prejudice.

It is further **ORDERED** that this case shall be closed for statistical purposes.

                                                                **AND IT IS SO ORDERED.**

                                                                 */s/ Paul S. Diamond*

                                                                 _____

                                                                 Paul S. Diamond, J.